**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNDERSEA BREATHING SYSTEMS, INC.

      Plaintiff,

vs.                                               Case No. 6:04-CV-57-ORL-22DAB

NU VENTURE DIVING CO. d/b/a
"NUVAIR", a corporation,

      Defendant.
_____/

**NOTICE OF SETTLEMENT**

      COMES NOW Plaintiff, Undersea Breathing Systems, Inc., in the above-referenced matter, and pursuant to Local Rule 3.08, hereby notifies this Court that the parties have settled their dispute and advises the court as follows:

      1.      The parties have reached an agreement on all principal aspects of a settlement which resolve the issues in this case.

      2.      Plaintiff requests the Court abate this matter for thirty (30) days to provide the opportunity for the parties to present the Court with a consent final judgment under the terms of the Settlement Agreement, but otherwise take the matter off the Court's trial docket.

Respectfully submitted January 31, 2005.

        s/Jeffrey S. Boyles
Jeffrey S. Boyles
Florida Bar No. 722,308
Brian R. Gilchrist, Trial Counsel
Florida Bar No. 774,065
**Allen, Dyer, Doppelt, Milbrath
  & Gilchrist, P.A.**
255 S. Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:   407/ 841-2330
Facsimile:    407/841-2343
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a Notice of Electronic Filing to the following:

C. Douglas McDonald
Andrew C. Greenberg
Carlton Fields, P.A.
Corporate Ctr. 3 at International Plaza
4221 W. Boy Scout Blvd.
P.O. Box 3239
Tampa, FL. 33601
Facsimile:(813)229-4133
Attorneys for Defendant

        s/Jeffrey S. Boyles