UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNDERSEA BREATHING SYSTEMS,
INC.,

    Plaintiff,

v.                                    Case No. 6:04-CV-57-ORL-22DAB

NU VENTURE DIVING CO. d/b/a
"NUVAIR," a corporation,

    Defendant.
_____/

**JOINT MOTION SEEKING ENTRY OF**
**<u>DISMISSAL AND FINAL JUDGMENT UPON CONSENT</u>**

      The parties have concluded mediation and agreed to settle each claim and defense with respect to the captioned matter on terms set forth in that certain Mediation Settlement Agreement, executed January 28, 2005.

      Under the Mediation Settlement Agreement, the parties have stipulated to jointly file this Joint Motion. Accordingly, it is respectfully requested that this Court enter judgment in the form of the Dismissal and Final Judgment Upon Consent attached hereto as Exhibit "A."

TPA#1981980.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: <u>February 18, 2005</u> |  |
| As Counsel for Plaintiff<br>UNDERSEA BREATHING SYSTEMS, INC. | As Counsel for Defendant<br>NU VENTURE DIVING CO. d/b/a<br>"NUVAIR," a corporation, |
| By: <u>/s/ Brian R. Gilchrist</u><br>   Brian R.Gilchrist | By: <u>/s/ Andrew C. Greenberg</u><br>   Andrew C. Greenberg |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, February 18, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Brian R. Gilchrist, Esquire,
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
P.O. Box 3791
Orlando, Florida 32802
Attorney for Plaintiff

<u>s/ Andrew C. Greenberg</u>
ANDREW C. GREENBERG, ESQUIRE
Florida Bar Number 996726
Counsel for Plaintiffs.
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Tampa, Florida  33607-5736
(813) 223-7000 (phone)
(813) 229-4133 (fax)
*agreenberg@carltonfields.com*